UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Benjamin Alexander Gwyn,        )
                                )
        Plaintiff,               )
                                )
        v.                       )        Civil Action No. 07-1944
                                )
District of Columbia *et al*,    )
                                )
        Defendants.              )

## ORDER

Plaintiff moves to enlarge the time for him to comply with the Order of October 29, 2007, to provide his trust fund account statement in support of his motion to proceed *in forma pauperis*. Finding good cause shown, it is by the Court this 30 day of November 2007,

ORDERED that plaintiff's motion [Dkt. No. 4] is GRANTED; and it is

FURTHER ORDERED that plaintiff shall provide the requested information within thirty (30) days from the filing date of this Order or risk dismissal of the case.

/s/ S. Huvelle
United States District Judge