UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Benjamin Alexander Gwyn, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-1944 |
| | ) |
| District of Columbia *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of January 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A, this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.[2]  This is a final appealable Order.

/s/
United States District Judge

---

[2] Plaintiff is advised that a dismissal for failure to state a claim qualifies as a strike under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* in federal court when certain conditions are satisfied.